IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CRE/ADC VENTURE 2013-1, LLC ) | |
| ) | |
| Plaintiff, ) | C/A No.: 2:12-CV-01433-RMG |
| ) | |
| vs. ) | |
| ) | |
| R&M INVESTORS, LLC, HIGH ) | |
| SOCIETY LLC, JOHN DAVID ) | **ORDER CONFIRMING SALE** |
| MADISON, ELIZABETH MADISON ) | |
| F/K/A ELIZABETH LOVE-LEE, KING ) | |
| SOCIETY PROPERTY OWNER'S ) | |
| ASSOCIATION, INC. D/B/A KING ) | |
| SOCIETY PROPERTY OWNER'S ) | |
| ASSOCIATION AND THIRTY-TWO ) | |
| VENDUE RANGE COUNCIL OF ) | |
| CO-OWNERS, INC., ) | |
| ) | |
| Defendants. ) | |

## CONFIRMATION ORDER

This matter comes before the court on Plaintiff CRE/ADC VENTURE 2013-1, LLC'S unopposed Motion for entry of an order confirming and approving of the sale of property. (Dkt. No. 92). Pursuant to the Court's Amended Consent Final Judgment of Foreclosure Order and Sale (herein referred to as "Final Foreclosure Order") (Dkt. No. 89), Receiver Joel Murovitz of GlassRatner Management & Realty Advisors, LLC has entered into a Purchase and Sale Agreement (hereinafter "Purchase Agreement") for the sale of the property described in Exhibit "A" of the Motion to 3B2, LLC, a South Carolina Limited Liability Company, for the purchase price of SEVEN HUNDRED THOUSAND AND NO/100 DOLLARS ($700,000.00).

After reviewing the Motion and relevant attachments, including the Purchase Agreement itself, this Court finds that Pursuant to the Final Foreclosure Order, said Purchase Agreement

- 2 -

was entered into in a commercially reasonable manner, and represents a fair and reasonable price for the property described in Exhibit "A" of the Motion.

IT IS THEREFORE ORDERED that Receiver Joel Murovitz of GlassRatner Management & Realty Advisors, LLC proceed with the sale as contemplated in the Purchase Agreement. The Court hereby approves the sale of the property described in Exhibit "A" of the Motion and hereby confirms that Joel Murovitz of GlassRatner Management & Realty Advisors, LLC, as receiver, may issue a receiver's deed to 3B2, LLC, a South Carolina Limited Liability Company, for the valuable consideration of SEVEN HUNDRED THOUSAND AND NO/100 DOLLARS ($700,000.00).

**AND IT IS SO ORDERED**

_____
Richard M. Gergel
United States District Judge

June 2, 2015
Charleston, South Carolina